# In the United States District Court for the Southern District of Georgia Brunswick Division

TIMOTHY CHEEK, et al.,

    Plaintiffs,

v.

GL NV24 SHIPPING, INC., et al.,

    Defendants.

CV 2:22-086

## ORDER

Plaintiffs initiated this action on September 7, 2022. See Dkt. No. 1. On December 21, 2022, Defendants GL NV24 Shipping, Inc., Hyundai Glovis Co., and G-Marine Service Co., Ltd. timely moved to dismiss the complaint. Dkt. No. 24. Thereafter, on January 3, 2023, Defendant Norton Lilly International, Inc. timely moved to dismiss the complaint. Dkt. No. 35. On January 9, 2023, Plaintiffs moved the Court for leave to file an amended complaint. Dkt. No. 41. The Court granted the motion. Dkt. No. 55. For the reasons below, Defendants' motions to dismiss are **DENIED as moot**.

## LEGAL STANDARD

Under Rule 15 of the Federal Rules of Civil Procedure, a party may amend its pleading with the court's leave. Fed. R. Civ. P. 15(a)(2). An amended pleading "supersedes the former pleading" such that "the original pleading is abandoned by the amendment, and is no longer a part of the pleader's averments against his

adversary." Dresdner Bank AG v. M/V Olympia Voyager, 463 F.3d 1210, 1215 (11th Cir. 2006) (internal quotation marks and citation omitted); see also Fritz v. Standard Sec. Life Ins. Co., 676 F.2d 1356, 1358 (11th Cir. 1982) ("Under the Federal Rules, an amended complaint supersedes the original complaint.").

## DISCUSSION

Plaintiffs sought and received the Court's leave to file their amended complaint pursuant to Rule 15(a)(2). Further, Plaintiffs' amended complaint supersedes their original complaint. Defendants' motions to dismiss the original complaint, dkt. nos. 24, 35, have thus been rendered moot by Plaintiffs' filing of their amended complaint. Should Defendants wish to renew their motions to dismiss with regard to the amended complaint, they are granted leave to do so within the time prescribed by the Federal Rules of Civil Procedure.

## CONCLUSION

Defendants' motions to dismiss the original complaint, dkt. nos. 24, 35, are **DENIED as moot**, as is the motion for oral argument, dkt. no. 25.

SO ORDERED, this 23 day of January, 2023.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA