**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

TIMOTHY CHEEK, et al.,

        Plaintiffs,

    v.

GL NV24 SHIPPING INC., et al.,

        Defendants.

CIVIL ACTION NO.: 2:22-cv-86

## O R D E R

This matter is before the Court on the parties' Joint Motion to Stay Discovery, Rule 26(f) Report, and Pretrial Deadlines.  Doc. 72.  The parties state the outcome of the forthcoming motions to dismiss may impact the claims and defenses in this case, which may streamline the issues for discovery and further motions practice.  Thus, the parties request the Court stay discovery deadlines in this case, pending resolution of the forthcoming motions to dismiss.  Id.

Upon review and for good cause shown, the Court **GRANTS** the parties' Motion and **STAYS** the proceedings in this case, including discovery, pending resolution of the forthcoming motions to dismiss.  If this case remains pending after resolution of the motions to dismiss, this stay shall be lifted automatically, and the parties shall provide proposed discovery deadlines within 14 days of the final ruling on the motions to dismiss.

**SO ORDERED**, this 23rd day of February, 2023.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA